PS 42
(Rev 7/93)

# United States District Court

### Western District of Tennessee

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Charlotte Shanell Crawford | ) | Case No. 04-20464-002-D / 04-20471-003-D |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Charlotte Shanell Crawford**, have discussed with **Jake N. Bookard, II,** Pretrial Services Officer, modification of my release conditions as follows:

1. Electronic Monitoring with home detention conditions to be determined by the U.S. Probation/Pretrial Services Office
2. No contact directly or indirectly with co-defendants
3. Defendant is allowed to travel with children to and from Le Bonheur Children's Medical Center, Memphis, TN, for blood transfusions. Defendant is allowed to stay with children during procedure

I consent to this modification of my release conditions and agree to abide by this modification.

_Charlotte Crawford_  5/19/05       _J.N. Bookard II_  05/19/05
Signature of Defendant   Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5/19/05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 5-19-05

[ ] The above modification of conditions of release is not ordered.

_____  5-19-05
Signature of Judicial Officer   Date

68

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT