IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Criminal No. 04-20471 D
Criminal No. 04-20464 D

CHARLOTTE SHANELL CRAWFORD,

    Defendant.

## MOTION TO CONTINUE CHANGE OF PLEA HEARINGS

COMES NOW the Defendant, Charlotte Shanell Crawford, by and though counsel, and moves this Court to continue the Change of Plea Hearings in the above-referenced matters currently set for July 25, 2005, until August 1, 2005 at 11:00 a.m.

Plaintiff's counsel will be out of the city on July 25, 2005 and unable to attend the hearings set on that date.

Defendant's counsel has spoken with Assistant United States Attorney Timothy R. DiScenza and he is agreeable to continuing these hearing until August 1, 2005 at 11:00 a.m.

WHEREFORE, Defendant moves that the Change of Plea hearings in the above-referenced cases be continued until August 1, 2005 at 11:00 a.m.

Respectfully submitted,

**MOTION GRANTED**
DATE: 7-22-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Howard B. Manis
80 Monroe, Suite G-1
Memphis, Tennessee 38103
Attorney for Defendant

{L:\WDOX\BKClient\30663\001\pld\00004477.DOC}

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion has been served on Timothy R. DiScenza, Assistant United States Attorney, 167 North Main, Suite 800, Memphis, Tennessee 38103, this the ___ day of July 2005.

_____
Howard B. Manis

{L:\WDOX\BKClient\30663\001\pld\00004477.DOC}

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT