FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1 PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Criminal No. 04-20471 D
Criminal No. 04-20464 D

CHARLOTTE SHANELL CRAWFORD,

    Defendant.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Before the court is the oral motion of Howard Manis, appointed counsel for the defendant Charlotte Crawford, seeking an order from this court allowing him to withdraw from the representation of defendant Charlotte Crawford. Counsel states that he is moving out of town and will no longer be available to represent Crawford.

For good cause shown, Howard Manis be and hereby is allowed to withdraw as counsel for Crawford. The appointment of Howard Manis is therefore terminated, and new counsel will be appointed for the defendant from the CJA list of attorneys.

Bernice Donald
United States District Court Judge

August 1, 2005
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8/4/05

{L:\WDOX\BKClient\30663\001\pld\00004977.DOC}

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT