IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

05 NOV -2 AM 11: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| Plaintiff | ) |
| vs. | ) CR. NO. 04-20464-D<br>) 04-20471-D<br>) |
| CHARLOTTE SHANELL CRAWFORD | )<br>) |
| Defendant | ) |

## ORDER GRANTING MOTION TO RESET SENTENCING HEARING

It appearing to the Court that the attorney for the defendant's motion to reset the sentencing hearing in this case is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the request to reset the sentencing hearing is granted and the hearing is reset until 12/14/05 at 1:45 PM.

ENTERED this the 31st day of October, 2005

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/2/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Robert Irby
4345 E. Mallory
Memphis, TN 38111

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT